UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION and THE PNC FINANCIAL SERVICES GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRIME LENDING, INC.; RONALD D. THOMAS; and KALE SALMANS, <br><br> Defendants. | No. CV-10-0034-EFS <br><br> **ORDER DISMISSING CASE AND CLOSING FILE** |

On July 9, 2013, the parties filed a stipulated dismissal, ECF No. 357. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

2. All pending motions are **DENIED AS MOOT.**

3. All hearings and other deadlines are **STRICKEN.**

4. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of July 2013.


                          s/Edward F. Shea
                          EDWARD F. SHEA
                 Senior United States District Judge

Q:\EFS\Civil\2010\34.dismiss.close.lc2.docx

ORDER DISMISSING CASE AND CLOSING FILE - 1